# ✳✳ Citizens®

February 11, 2026

Willie Sanders
Po Box 304       **N0000467
Buffalo, NY   14205-0304

Your account ending in 1773

Dear Willie Sanders,

Thank you for contacting us recently about your CITIZENS SUMMIT account.
As always, your concerns are important to us.

We are working to find the answers to your questions and expect to
complete the necessary research soon.  If we need additional information
or clarification of your problem, we will be in touch with you.  Otherwise
we will contact you once we have a resolution.

Thank you for continuing to choose CITIZENS SUMMIT.  If you have any
questions, please contact us, toll-free at 1-800-684-2222.

Sincerely,

CITIZENS SUMMIT

Your credit card is issued by Citizens Bank, N.A.

MCS023/20260212/CCRP8M12/6053/RP8///000001/BCITZ/6053BQBT - 000467 - 0001 - 0001 -

P.O. Box 7092 • Bridgeport, CT 06601-7092                                    1821

 **Citizens**®

February 12, 2026

||ı••ı|ı|||ı•|ı••ıı||ıı|ı|ı••ıı||ı|ıı••ı•ı||ı|ıı|ı|ı•||ıı||ıı•ı||•ıı|

Willie Sanders                    **N0000016
Po Box 304
Buffalo, NY    14205-0304

Important Information Regarding Your Account Ending in 1773

Dear Willie Sanders:

We received your claim submitted on:
January 30, 2026 in the amount of $452.65

We are writing to inform you that we are investigating your inquiry and
will inform you of the results of our investigation as soon as it is
complete.

In the meantime, we have issued a temporary credit to your above
referenced account in the amount of 452.65 on February 12, 2026. The
credit will remain on your account while we conduct our investigation. If
you do not hear from us within two billing cycles, you may consider this
matter resolved in your favor.

If you have any questions, please contact us at 1-800-974-2260 Monday
through Friday from 7:00 a.m. to 10 p.m. ET and Saturday & Sunday 9 a.m.
to 6 p.m. ET.

Thank you for your business.

Sincerely,
Citizens

**⚹ Citizens**

February 2, 2026

Willie Sanders
Po Box 304
Buffalo,  NY   14205-0304

**Important information regarding your account ending in 1773**

Dear Willie Sanders  :

We received your claim submitted on:
January 30, 2026 in the amount of $579.16

The following information is required to investigate your dispute:

Please provide us a copy of your receipt from the merchant showing the correct amount to be charged.

It is very important that you return the required information no later than February 26, 2026.  If we do not hear from you, we will assume that you are no longer disputing this charge and the case will be closed.  You will be responsible for paying the disputed amount and any related finance or other charges associated with the dispute.

Please send this information to:

Citizens
P.O. Box 507
Bridgeport, CT 06601-7092

You can also fax us at 888-727-0028 or email us at disputes@citizensbank.com.

If you have any questions, please contact us at 800-684-2222 Monday through Friday from 8:30 a.m. to 10 p.m. ET and Saturday & Sunday 9 a.m. to 6 p.m. ET.

Thank you for your business.

Sincerely,
Citizens

Citizens is a brand name of Citizens Bank, N.A. Credit cards are issued by Citizens Bank, N.A. Member FDIC.

*800 555 6390*

# Transmission Log

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Citizens Bank Branch | | | | Tuesday, 02-10-2026  11:09 | | | | 7168552536 |

| Date | Time | Type | Job # | Length | Speed | Fax Name/Number | Pages | Status |
|---|---|---|---|---|---|---|---|---|
| 02-10-2026 | 11:01 | SCAN | 3390 | 7:39 | 9600 | Fax Server | 5 | OK -- V.29 BM31 |

---

**✖ Citizens**

February 2, 2026

Willie Sanders
Po Box 304
Buffalo, NY  14205-0304

**Important Information regarding your account ending in 1773**

Dear Willie Sanders :

We received your claim submitted on:
January 30, 2026 in the amount of $579.16

The following information is required to investigate your dispute:

Please provide us a copy of your receipt from the merchant showing the correct amount to be charged.

It is very important that you return the required information no later than February 26, 2026.  If we do not hear from you, we will assume that you are no longer disputing this charge and the case will be closed.  You will be responsible for paying the disputed amount and any related finance or other charges associated with the dispute.

Please send this information to:

Citizens
P.O. Box 507
Bridgeport, CT 06601-7092

You can also fax us at 888-727-0028 or email us at disputes@citizensbank.com.

If you have any questions, please contact us at 800-684-2222 Monday through Friday from 8:30 a.m. to 10 p.m. ET and Saturday & Sunday 9 a.m. to 6 p.m. ET.

Thank you for your business.

Sincerely,
Citizens

Citizens is a brand name of Citizens Bank, N.A. Credit cards are issued by Citizens Bank, N.A. Member FDIC.



**RAYMOND P. MARTINEZ**
Commissioner

# STATE OF NEW YORK
# DEPARTMENT OF MOTOR VEHICLES

6 EMPIRE STATE PLAZA, ALBANY, NY 12228

NOTICE OF SCHEDULED HEARING                    03/14/05

SANDERS WILLIE K
6443 PEOPLES RD
SODUS  NY  14551-9726

### DISREGARD ALL PREVIOUSLY SCHEDULED DATES.

YOUR NOT GUILTY PLEA IS ON FILE. YOUR HEARING WILL BE HELD AT: ROCHESTER
                                  TRAFFIC VIOLATION DIVISION OFFICE
                                  228 MAIN ST E 2ND FLOOR
                                  ROCHESTER, NY   14604-2101

                                  DATE OF HEARING  05/13/05
                                  TIME OF HEARING   2:30 PM

| TICKET # | VIOLATION DESCRIPTION | VIOL DATE | REASON |
|----------|----------------------|-----------|--------|
| 0AA2132524 | MUFFLER VIOLATIONS | 11/10/04 | OFFICE |

ON ARRIVAL, PLEASE CHECK THE BULLETIN BOARD FOR YOUR NAME AND THE ROOM # OF YOUR HEARING.

**IMPORTANT - YOU MUST BRING YOUR TRAFFIC TICKET(S) WITH THIS NOTICE TO THE HEARIN**

IF YOU DO NOT COME TO THIS HEARING YOUR DRIVER'S LICENSE AND/OR PRIVILEGE TO DRIVE IN NEW YORK
STATE WILL BE SUSPENDED. ONCE SUSPENDED UNDER SECTION 503 OF THE NEW YORK STATE VEHICLE AND TRAFF
LAW YOU WILL HAVE TO PAY A $35 SUSPENSION TERMINATION FEE, IN ADDITION TO ALL OTHER FINES AND
PENALTIES, BEFORE YOUR LICENSE AND/OR DRIVING PRIVILEGES WILL BE RESTORED, REGARDLESS OF
WHETHER OR NOT YOU ARE FOUND GUILTY OF THE CHARGE.



### STATE OF NEW YORK
### DEPARTMENT OF MOTOR VEHICLES



# RESTORATION NOTICE

DATE ISSUED: 09/21/2003

SANDERS,WILLIE,K
6443 PEOPLES RD
SODUS NY 14551

Effective date: 09/23/2003

| Identification No. | Date of Birth Sex | Client No. | Plate No. & Type | Order No. |
|---|---|---|---|---|
| 301489-15964-070812-61 | 01/09/1961 M | 965766658 | BWP6266 -16-PAS | C0309090000 |

The above suspension order of your driver's license has been rescinded.

REASON: ACCEPTABLE PROOF RECEIVED

DMV will electronically confirm the validity of any paper proof of insurance with the insurance company.

Carry this notice for at least one month. Then keep it until your next license renewal.

REGISTRANT:   SANDERS,WILLIE,K
              6443 PEOPLES RD
              SODUS NY 14551
        INSURANCE CO: 120-FARM FAMILY CAS INS CO
CANCELLATION DATE: 06/25/2003
     PLATE NO. & TYPE: BWP6266 -16-PAS
             VIN: 1G6CD5185H4231325
      YEAR & MAKE: 1987 CADIL

   REG SUSP ORDER:  C308301

FS-70 DD (1088)



| | |
|---|---|
| **NEW YORK STATE** | **Office of Victim Services** |

**KATHY HOCHUL**
Governor

**ELIZABETH CRONIN ESQ.**
Director

Willie Sanders
125 Saint Paul St Apt 1721
Rochester NY 14604

1/9/2023
Claim #: 498016
Crime Date: 8/20/2004
Claimant: Willie Sanders
Victim: Willie Sanders

## ** INFORMATION REQUIRED **

Dear Willie Sanders:

In order to process your request for reimbursement for bills related to your claim, the Office of Victim Services (OVS) needs certain documents. These items are necessary because OVS is payer of last resort and any insurance you have must be exhausted prior to OVS issuing payment.

All requests for reimbursement must be submitted with the following:

1. Itemized bill on provider letterhead
2. Insurance Explanation of Benefits Statement (if applicable)
3. Medical Documentation (hospital records or doctor's office notes)
4. Proof of Payment if you have paid out-of-pocket (cancelled check or receipt if applicable)

The enclosed information received by OVS is being returned. Before payment can be considered we will need the additional information outlined in the checklist below.

Please submit the information indicated below:

(X) Medical documentation - Letter of medical necessity from doctor for each enclosed piece of medical equipment, along with the enclosed Attending Physicians Report.

Please be aware that OVS must be notified immediately, in writing, if any changes occur concerning contact (address/phone) information and/or health insurance coverage. Thank you for your cooperation.

*The documentation requested may be mailed to the address listed below or emailed to ovsaddmed@ovs.ny.gov. Please be sure to include the claim number on the documents or in the subject line of the email.*

Sincerely,

Additional Medical Unit

A-15

```
Monroe County, NY
Jamie Romeo, County Clerk
Printed:  04/14/2026 12:32:29 PM

Instr #:          201410100630
Case #:           I2014011404

Rec Date:         10/10/2014  02:55:09 PM
Doc Grp/Desc:     CRIME / CRIMINAL INDEX NUMBER

Plaintiff:        PEOPLE OF THE STATE OF NEW YORK

Defendant:        SANDERS WILLIE

Indictment Number:  2014005293

Docket Data:      10/10/2014 COURT SEALING ORDER, FINDING OF DISMISSAL, DIVESTITURE, ORDER
OF PROTECTION(5/15/2014-11/15/2014), EXHIBITS


---- DOCKET ITEMS -----
Rec Date        Description
_____      _____

10/10/2014  CRIMINAL INDEX NUMBER
            Comment: CRIMINAL INDEX NUMBER
```





RA # 370521982

OWNER: SNORAC, LLC

| RENTAL AGREEMENT SUMMARY | RESERVATION# 1492909745 | | MODIFY |
| --- | --- | --- | --- |
| NO. 370521982 | ACCOUNT | LOYALTY | FT# |

| RENTAL LOCATION | RENTAL DATE | RETURN LOCATION | RETURN DATE |
| --- | --- | --- | --- |
| BUFFALO INTL ARPT | 1/7/2026 | BUFFALO INTL ARPT | 1/8/2026 |
| 4200 GENESEE ST | | 4200 GENESEE ST | |
| BUFFALO , NY USA 14225 | RENTAL TIME | BUFFALO , NY USA 14225 | RETURN TIME |
| (833) 813-5271 | 8:55 AM | (833) 813-5271 | 9:00 AM |

| RENTER | DRIVER'S LICENSE NUMBER  XXXXX6658 | | ISSUE DATE |
| --- | --- | --- | --- |
| WILLIE SANDERS | | | |
| XX XXX XXX | | | |
| BUFFALO , NY USA 14205 | EXP. DATE  XX/XX/XXXX | ISSUING STATE  NY | DOB  XX/XX/XXXX |
| (XXX) XXX-XXXX | | | |

### RATE RULES AND QUALIFICATIONS

MIN. RENTAL 1 HOURS. MAX. RENTAL 26 HOURS

### LOCAL ADDENDA

**For rentals originating in the state of New York, the following will either replace or supplement the Additional Terms and Conditions:**

In addition to those actions listed in the "What You May Not Do With the Vehicle" section, you also may not do the following with, to, or in connection with the Vehicle, and you further acknowledge that doing so may void PEC, EP, SLP, and PAI to the extent permitted by applicable law:

(11) Carry a passenger under the age of 8 unless restrained in a federally-approved child restraint system; or

(12) Use a passenger plated pick-up truck for any commercial purpose.

**The following replaces the "Your Responsibility to Us" section:**

b. Your Responsibility to Us.  To the extent permitted by applicable law, you accept responsibility for all damage to, and loss, modification to, or theft of, the Vehicle and Optional Accessories occurring during the Rental Period, regardless of whether you or another person were at fault or negligent, or if there was an act of God (i.e., an event out of anyone's reasonable control), including (i) physical damage to the Vehicle; (ii) mechanical damage to the Vehicle related to an accident; and (iii) physical and mechanical damage to, and loss or theft of, the Optional Accessories. You also accept responsibility for loss of the Vehicle due to theft occurring during the Rental Period if it is established that you or any AAD(s) failed to exercise reasonable care, or helped in the theft of the Vehicle. If you return the Vehicle outside of the Return Location's business hours or to a location other than the Return Location, your responsibility extends to any damage to, loss, or theft of the Vehicle or the Optional Accessories that may occur before we check in the Vehicle. You must provide notice to us and an appropriate law enforcement agency within 12 hours of learning of the theft of the Vehicle. You are not responsible for normal wear and tear. Your total liability for which you agree to pay us for damage to, loss or theft of, the Vehicle will not exceed the lesser of: (i) the actual and reasonable costs that we incurred to repair the Vehicle or that we would have incurred if the Vehicle had been repaired, which shall reflect any discounts, price reductions, or adjustments available to us; or (ii) if we determine the Vehicle is salvage or if the Vehicle is stolen and not recovered, the fair market value of the Vehicle immediately before the damage occurred, as determined in the applicable market for the retail sale of the Vehicle, minus any net disposal proceeds. You are also responsible for towing, storage or impound fees, and other costs incurred by us to recover the Vehicle and to establish damages. If Optional Accessories are not returned Renter shall pay owner the fair replacement value of the Optional Accessories. We will not hold you liable for any amounts that we recover from any other party or for damages we incur for the loss of use of the Vehicle and related administrative fees. Upon your request, we will submit any claims to your insurance carrier and will negotiate with your insurance carrier. Right To Inspect: Your failure to completely and accurately fill out and return an incident report within 10 days of receipt of notice may make you liable for damages sustained to the Vehicle. EXCEPT where we deem the damaged Vehicle to be a total loss and subject to salvage, you or your insurer has 72 hours from the return of the Vehicle to notify us that you wish to inspect the damaged Vehicle. The inspection must be completed within 7 business days of the return date of the Vehicle. If you or your insurer does not request this inspection within the 72-hour period, you and your insurer will be deemed to have waived this right. If we determine the damaged Vehicle to be a total loss and subject to salvage, such 72-hour period for notification or waiver of the wish to inspect the damaged Vehicle will not apply, and the right to inspect the damaged Vehicle will expire 10 business days from your receipt of an incident report form and notice from us. Upon your or your insurer's request, we will provide (i) the identity of the repairer of the damaged Vehicle and provide access to it in order to verify the nature and extent of damages, repairs and repair costs, and/or repair estimates; and (ii) a copy of our estimate of the costs of repairing the damaged Vehicle. Twenty days before starting an action against you, we will provide you an additional opportunity to complete the incident report by providing a second notice along with another incident report by certified mail, return receipt requested, and another copy of such notice and report by regular mail, with proof of mailing by production of a certificate of mailing; and if you provide us with a completed incident report within 15 days of receiving the notice, the applicable provisions of the NY General Business Law will be satisfied. Your rights and responsibilities under this paragraph may apply to other "authorized drivers" as that term is defined in section 396-z of the NY General Business Law. You and any such "authorized drivers" are directed to section 396-z of the NY General Business Law for any further details regarding the nature and extent of your liability under this paragraph and the extent of your rights and responsibilities. You agree to pay any taxes, fees and other mandatory charges imposed by governmental and airport authorities.

**If your Vehicle was not rented under the Enterprise Truck Rental brand, the following replaces the "Optional Damage Waiver" section:**

(1) Optional Loss Damage Waiver.

**LOSS DAMAGE WAIVER IS NOT INSURANCE. THE PURCHASE OF LOSS DAMAGE WAIVER IS OPTIONAL AND NOT REQUIRED IN ORDER TO RENT A VEHICLE.** Renter may purchase optional Loss Damage Waiver (LDW) from Owner for an additional fee. If Renter purchases LDW, Owner agrees, subject to the actions that invalidate LDW listed below, to contractually waive Renter's responsibility for all of the cost of damage to Vehicle or any part or accessory and related costs regardless of fault or negligence. Notwithstanding anything to the contrary, and unless prohibited by law, LDW does not apply to Optional Accessories. LDW does not apply in Mexico. When deciding whether or not to purchase LDW, you may wish to check with your insurance representative or credit card company to determine whether, in the event of damage to Vehicle, you have coverage or protection for such damage and the amount of your deductible or out-of-pocket risk.

**THE FOLLOWING SHALL INVALIDATE DW: A violation of the contract shall exist and DW (Also referred to as Optional Vehicle Protection) is void and shall not apply to the following situations:**

a. the damage or loss is caused intentionally or as a result of willful, wanton, or reckless conduct of the driver;

b. the damage or loss arises out of the driver's operation of the vehicle while intoxicated or impaired by the use of alcohol or drugs;

c. the rental vehicle company entered into the rental transaction based on fraudulent or materially false information supplied by the Renter or authorized driver;

d. the damage or loss arises out of the use of the vehicle while engaged in the commission of a crime other than a traffic infraction;

e. the damage or loss arises out of the use of the vehicle to carry persons or property for hire, to push or tow anything, while engaged in a speed contest, operating off road, or for driver's training;

f. the damage or loss arises out of the use of the vehicle by a person other than: (1) an authorized driver; (1) the renter's child over the age of eighteen or a parent or parent-in-law of the renter, provided such child, parent or parent-in-law is properly licensed to operate a motor vehicle and resides in the same household as the renter; (3) or a parking valet or parking garage attendant for compensation and in the normal course of employment



RA # 370521982

BRANCH COPY



PO BOX 18204
BRIDGEPORT, CT 06601-3204
1-800-684-2222

**✖ Citizens**™

CITIZENS CARD SERVICES
PO BOX 42010
PROVIDENCE, RI 02940-2010

WILLIE SANDERS                    **N0017354
PO BOX 304
BUFFALO, NY 14205-0304

| Payment Information | |
| --- | --- |
| Account Number | 5337 XXXX XXXX 8801 |
| New Balance | $724.18 |
| Minimum Amount Due | $30.00 |
| Payment Due Date | February 20, 2026 |
| Total Enclosed $ | . |

☐ Check for change of address.
Complete new address on reverse.

0631977978801  000003000  000072418

---

Detach here. Only this top portion and your payment should be included in the envelope. Make your check payable to **Citizens Card Services.**

Account Number: 5337 XXXX XXXX 8801                    Statement Date: December 24, 2025 - January 23, 2026

| Summary of Account Activity | |
| --- | --- |
| Previous Balance | 87.89 |
| Payments & Credits - | 51.00 |
| Purchases + | 680.65 |
| Balance Transfers + | 0.00 |
| Cash Advances + | 0.00 |
| Fees Charged + | 0.00 |
| Interest Charged + | 6.64 |
| New Balance | 724.18 |
| Total Credit Limit | 9,000.00 |
| Available Credit | 8,275.00 |
| Cash Credit Limit | 1,350.00 |
| Available Cash | 1,323.00 |
| Statement closing date | 01/23/26 |
| Number of days in billing cycle | 31 |

**Payment Information**

| | |
| --- | --- |
| New Balance | 724.18 |
| Minimum Payment Due | 30.00 |
| Payment Due Date | February 20, 2026 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Only the minimum payment | 3 years | $1,054 |

If you would like information about credit counseling services, call 1-888-498-9815.

**NY Customers: YOU MAY REQUEST YOUR STATEMENT IN AN ALTERNATIVE, REASONABLY ACCOMMODATABLE FORMAT SELECTED BY US - PLEASE CONTACT US AT 800-684-2222 TO MAKE SUCH A REQUEST.**

New York residents may contact the New York State Department of Financial Services by telephone at 1-877-226-5697 or visit its website at http://www.dfs.ny.gov for free information on comparative credit card rates, fees and grace periods.

**Important Information**

**If you have been recently called for active military duty, please contact us at the number located on the back of your credit card to discuss your eligibility for benefits covered under the Servicemembers Civil Relief Act (SCRA).**

**How To Reach Us**

| TOLL-FREE | ONLINE: | PAYMENTS: | CORRESPONDENCE: |
| --- | --- | --- | --- |
| CUSTOMER SERVICE: | CITIZENSBANK.COM/CREDITCARDLOGIN | CITIZENS CARD SERVICES | CITIZENS CARD SERVICES |
| 1-800-684-2222 | | PO BOX 42010 | PO BOX 7092 |
| LOST OR STOLEN CARD: | | PROVIDENCE, RI 02940-2010 | BRIDGEPORT, CT 06601 |
| 1-800-443-0164 (24 HOURS) | | 1-866-957-8120 | |



 **National.**

 3 370521982

PAGE 4 OF 4

RA # 370521982
OWNER: SNORAC, LLC

START CHARGES: 1/7/2026 8:56 AM

| RENTER CHARGES | DATE RANGE | UNITS CHARGED | TOTAL |
|---|---|---|---|
| TIME & DISTANCE | 1/7/2026 - 1/8/2026 | 1 @ $54.99 / DAY | $54.99 |
| NO CHARGE DISTANCE | 1/7/2026 - 1/8/2026 | $0.00 / MILE | $0.00 |
| FUEL SERVICE OPTION | 1/7/2026 - 1/8/2026 | 1 @ $34.12 / RENTAL | $34.12 |
| SATELLITE RADIO-SPECIAL EQ | 1/7/2026 - 1/8/2026 | 1 @ $5.99 / DAY | $5.99 |
| CONCESSION RECOVERY FEE (11.11%) | 1/7/2026 - 1/8/2026 | 11.11% | $10.57 |
| CAR RENTAL SALES TAX 12 PCT (12.0%) | 1/7/2026 - 1/8/2026 | 12.0% | $11.96 |
| SALES TAX (8.75%) | 1/7/2026 - 1/8/2026 | 8.75% | $8.72 |
| | | ESTIMATED RENTER CHARGES | $126.35 |
| | | ESTIMATED RENTAL CHARGES | $126.35 |
| | | DEPOSIT | $347.43 |

**PAYMENTS**

| | | | |
|---|---|---|---|
| MASTERCARD, CREDIT ******8801 | | AUTH | $0.00 |
| MASTERCARD, CREDIT ******8801 | | AUTH | $473.78 |

I HAVE REVIEWED AND AGREE TO ALL ESTIMATED RENTAL CHARGES AND FEES LISTED ON THE SUMMARY OF CHARGES. I ACKNOWLEDGE THAT CHARGES SHOWN ARE ESTIMATES ONLY AND ARE SUBJECT TO CHANGE IF THE VEHICLE IS NOT RETURNED EITHER AT THE AGREED DATE AND TIME OR LOCATION, A REFUELING CHARGE IS INCURRED, OPTIONAL PRODUCTS ARE ADDED/ REMOVED, THE CAR CLASS IS CHANGED AND/ OR ANY OTHER ITEMS OF THE CONTRACT ARE MODIFIED AS AGREED BETWEEN THE RENTER AND OWNER. I AGREE TO PAY FOR FINAL CHARGES IN ACCORDANCE WITH THIS CONTRACT. I ACKNOWLEDGE AND AGREE THAT IN ADDITION TO THE AMOUNTS SHOWED AS OWNED IN THE SUMMARY OF CHARGES, AT THE TIME OF RENTAL, A DEPOSIT MAY BE TAKEN AS AN AUTHORIZATION OR A SALE, AND SUCH FUNDS WILL NOT BE AVAILABLE FOR USE BY AND/ OR REFUNDED TO ME UNTIL AFTER THE VEHICLE IS RETURNED. THIS IS TO ACCOUNT FOR THE POTENTIAL THAT I MAY INCUR ADDITIONAL AMOUNTS OWED UNDER THE CONTRACT. FOR QUESTIONS, PLEASE SEE A RENTAL ASSOCIATE.

RENTER X _____

| BILL-TO- N | ACCOUNT | BILLING REFERENCE # |
|---|---|---|
| | | |

BILLING CYCLE 24-HOUR

**ADDITIONAL DRIVERS:**

NO ADDITIONAL DRIVERS ARE AUTHORIZED TO DRIVE THE VEHICLE WITH THE EXCEPTION OF THE DRIVERS BELOW, OR THOSE DEFINED AS AUTHORIZED DRIVERS IN THE RENTAL TERMS.

I, THE "RENTER" BY SIGNING BELOW, HAVE READ AND AGREE TO THE TERMS AND CONDITIONS IN THE ADDITIONAL TERMS AND CONDITIONS, WHICH ARE INCORPORATED BY REFERENCE AS IF FULLY SET FORTH HEREIN, AND THE RENTAL AGREEMENT SUMMARY (COLLECTIVELY, THE ADDITIONAL TERMS AND CONDITIONS AND THE RENTAL AGREEMENT SUMMARY ARE THE "CONTRACT"). BY SIGNING BELOW, I AM AUTHORIZING OWNER TO CHARGE TO THE CREDIT CARD(S) AND/OR DEBIT CARD(S) THAT I HAVE PROVIDED TO OWNER ALL AMOUNTS OWED BY ME UNDER THIS CONTRACT FOR ADVANCE DEPOSITS, INCREMENTAL AUTHORIZATIONS/DEPOSITS, AND OR ANY OTHER AMOUNTS OWED BY ME, AS WELL AS PAYMENTS REFUSED BY A THIRD PARTY TO WHOM BILLING WAS DIRECTED. I ALSO AUTHORIZE OWNER TO RE-INITIATE ANY CHARGE TO MY CARD(S) THAT IS DISHONORED FOR ANY REASON. I CERTIFY THAT THE DRIVER'S LICENSE(S) PRESENTED IS CURRENTLY VALID AND IS NOT SUSPENDED, EXPIRED, REVOKED, CANCELLED OR SURRENDERED. I FURTHER ACKNOWLEDGE AND CONSENT TO THE TERMS AND CONDITIONS SET FORTH IN THE PARAGRAPH WITH THE HEADING "DISPUTE RESOLUTION PROVISION- MANDATORY ARBITRATION AGREEMENT" IN THE ADDITIONAL TERMS AND CONDITIONS. BY SIGNING BELOW RENTER AGREES TO OWNER'S COLLECTION OF INFORMATION ABOUT RENTER'S USE OF VEHICLE AND TEXTING & CALLING TERMS. SEE PARAGRAPHS WITH THE HEADINGS TEXT & CALL AND OWNER'S COLLECTION AND USE OF VEHICLE DATA: RENTER'S USE OF VEHICLES NAVIGATION AND INFOTAINMENT SYSTEMS AND VEHICLE MANUFACTURER APPS IN THE ADDITIONAL TERMS AND CONDITIONS.

🔲 **TERMS AND CONDITIONS**

**CLICK TO VIEW ADDITIONAL TERMS AND CONDITIONS**

FORM# UNIV.NA_MY25

_____   \_\_\_\_1/7/2026\_\_\_\_   OWNER REP _____   EMP# \_\_\_\_E88620\_\_\_\_

OWNER IS AN AFFILIATE OF ENTERPRISE HOLDINGS INC., WHICH IS THE DIRECT OR INDIRECT OWNER OF THE ENTERPRISE, NATIONAL AND ALAMO BRANDS AND TRADEMARKS.

   RA # 370521982

BRANCH COPY





 **National.**

RA # 370521982

OWNER: SNORAC, LLC

| RESERVED | ECONOMY |
| DRIVEN | FULL SIZE HYBRID |
| CHARGED | ECONOMY |

**CURRENT VEHICLE**

| MAKE | TOYO | BAY | EC |
| MODEL | CAMRY | STALL | |
| COLOR | RED MED | ODOMETER | IN | |
| PLATE | LWD8091 | NY | OUT | 15,316 |
| VEHICLE# | SU152142 | FUEL | IN | |
| UNIT# | 8GY74G | OUT | 12.1 G |

**VEHICLE CONDITION**

NO DAMAGE DOCUMENTED

---

RENTER **ACCEPTS LOSS DAMAGE WAIVER FULL (LDW)** AT THE FEE SHOWN IN THE CHARGES SECTION OF THE RENTAL AGREEMENT SUMMARY. SEE THE ADDITIONAL TERMS AND CONDITIONS OF THE RENTAL CONTRACT.

☐ **ACCEPTS LDW**

RENTER **ACCEPTS PERSONAL EFFECTS COVERAGE (PEC)** AT THE FEE SHOWN IN THE CHARGES SECTION OF THE RENTAL AGREEMENT SUMMARY. SEE THE ADDITIONAL TERMS AND CONDITIONS OF THE RENTAL CONTRACT.

☐ **ACCEPTS PEC**

RENTER **ACCEPTS ROADSIDE PLUS (RSP)** AT THE FEE SHOWN IN THE CHARGES SECTION OF THE RENTAL AGREEMENT SUMMARY. SEE THE ADDITIONAL TERMS AND CONDITIONS OF THE RENTAL CONTRACT.

☐ **ACCEPTS RSP**

RENTER **ACCEPTS SUPPLEMENTAL LIABILITY PROTECTION (SLP)** AT THE FEE SHOWN IN THE CHARGES SECTION OF THE RENTAL AGREEMENT SUMMARY. SEE THE ADDITIONAL TERMS AND CONDITIONS OF THE RENTAL CONTRACT.

☐ **ACCEPTS SLP**

---

RENTER **DECLINES LOSS DAMAGE WAIVER FULL (LDW)**. SEE THE ADDITIONAL TERMS AND CONDITIONS OF THE RENTAL CONTRACT.

☑ **DECLINES LDW**

RENTER **DECLINES PERSONAL EFFECTS COVERAGE (PEC)**. SEE THE ADDITIONAL TERMS AND CONDITIONS OF THE RENTAL CONTRACT.

☑ **DECLINES PEC**

RENTER **DECLINES ROADSIDE PLUS (RSP)**. SEE THE ADDITIONAL TERMS AND CONDITIONS OF THE RENTAL CONTRACT.

☑ **DECLINES RSP**

RENTER **DECLINES SUPPLEMENTAL LIABILITY PROTECTION (SLP)**. SEE THE ADDITIONAL TERMS AND CONDITIONS OF THE RENTAL CONTRACT.

☑ **DECLINES SLP**

---

**RENTER ACKNOWLEDGEMENT OF ACCEPTED AND DECLINED PROTECTIONS**

I ACKNOWLEDGE THAT I HAVE ACCEPTED OR DECLINED PROTECTIONS AS INDICATED ABOVE.

RENTER X _____

---

RA # 370521982



**National.**

RA # 370521982

OWNER: SNORAC, LLC

g. the damage or loss arises out of the use of the vehicle outside of the continental United States when that use is not specifically authorized by the rental agreement;

h. the renter, or authorized driver, if different, or the renter's child over the age of eighteen or a parent or parent-in-law of the renter, if applicable, have failed to comply with the requirements for reporting damage or loss as set forth in subdivision five of this section.

**The following is added to the "Optional Supplemental Liability Protection and Extended Protection" section:**

**YOU MAY CANCEL SLP AT ANY TIME UPON RETURN AND THE VEHICLE IS CHECKED IN BY US AND ANY UNEARNED PREMIUM WILL BE REFUNDED IN ACCORDANCE WITH APPLICABLE LAW.**

In the same section, the following SLP Exclusion:

(b) Loss arising out of bodily injury, death, or property damage sustained by you or an AAD or any of your or an AAD's relative or family member who resides in the same household;

Is replaced with the following:

(b) Loss arising out of bodily injury or property damage sustained by the spouse of the operator of the Vehicle.

https://www.enterprise.com/NY-Liablity-Policy

**In the same section, the following language is added with respect to Extended Protection (EP):**

EP includes UM/UIM coverage for bodily injury and property damage (only where required by law for property damage) in an amount equal to the Primary Protection, and additional coverage, through an excess liability policy, with limits for the difference between the statutory minimum underlying limits and $100,000 per person/$300,000 per accident.

In the "Optional Personal Effects Coverage" section, the following language replaces the "PEC Exclusions" subsection:

**PEC Exclusions**

For all exclusions, see the PEC policy issued by Empire Fire and Marine Insurance Company. Here are a few key exclusions:

PEC does not cover motor vehicles, motor vehicle equipment, motorcycles, watercraft, motors, or other conveyances or their appurtenances, furniture, currency, coins, deeds, bullion, stamps, tickets, securities, documents, contact lenses, artificial teeth and limbs, perishables, animals. Loss or damage to property while actually being worked upon, or while in the care, custody or control of any common carrier, or loss arising out of the use of the Vehicle when such is in violation of the conditions of the Contract are also not covered.

**If your Vehicle was rented under the Enterprise Truck Rental brand, lost and damaged key replacement (including remote entry devices) is included in Roadside Assistance Protection if you purchase it.**

If your Vehicle was rented under the Enterprise Truck Rental brand, the following replaces the "Optional Personal Accident Insurance" section:

(2) Intentionally Omitted.

https://www.enterprise.com/NY-Personal-Effects-Policy

**If your Vehicle was not rented under the Enterprise Truck Rental Brand, the following are added to the Additional Terms and Conditions:**

**Notice: This contract offers, for an additional charge, optional vehicle protection to cover your financial responsibility for damage or loss to the rental vehicle. The purchase of optional vehicle protection is optional and may be declined. You are advised to carefully consider whether to purchase this protection if you have rental vehicle collision coverage provided by your credit card or automobile insurance policy. Before deciding whether to purchase optional vehicle protection, you may wish to determine whether your credit card or your vehicle insurance affords you coverage for damage to the rental vehicle and the amount of deductible under such coverage.**

**OPTIONAL PRODUCTS NOTICE: In addition to Damage Waiver described above, we also offer, for an additional charge, the following Optional Products: Personal Effects coverage, Supplemental Liability Protection and Roadside Assistance Protection. Before deciding to purchase any of these products, you may wish to determine whether your personal insurance, credit card or other coverage provides you protection during the rental period. The purchase of any of these products is not required to rent vehicle.**

ELRAC, LLC and SNORAC, LLC are limited lines licensees appointed by: ACE American Insurance Company and Empire Fire and Marine Insurance Company for the sale of Personal Accident/Personal Effects Insurance coverages and Supplemental Liability Insurance. We may provide these insurers additional services such as underwriting, billing, and premium collection. While other insurers may be available, these are the only quotes offered.

I acknowledge that, if the Vehicle I am renting is a pickup truck, it will be used exclusively for non-commercial purposes. I further acknowledge that the Vehicle I'm renting is not designed primarily for the transportation of property.

**If your Vehicle was rented under the Enterprise Truck Rental brand, the following are added to the Additional Terms and Conditions:**

**NOTICE: This contract offers, for an additional charge, optional vehicle protection to cover your financial responsibility for damage or loss to the rental vehicle. The purchase of optional vehicle protection is optional and may be declined. You are advised to carefully consider whether to purchase this protection if you have rental vehicle collision coverage provided by your credit card or automobile insurance policy. Before deciding whether to purchase optional vehicle protection, you may wish to determine whether your credit card or your vehicle insurance affords you coverage for damage to the rental vehicle and the amount of deductible under such coverage.**

**OPTIONAL PRODUCTS NOTICE: In addition to Damage Waiver described above, we also offer, for an additional charge, the following optional products: Personal Accident Insurance, Supplemental Liability Protection and Roadside Assistance Protection. Before deciding to purchase any of these products, you may wish to determine whether your personal insurance credit card or other coverage provides you protection during the rental period. The purchase of any of these products is not required to rent vehicle.**

ELRAC, LLC and SNORAC, LLC are limited lines licensees appointed by: ACE American Insurance Company and Empire Fire and Marine Insurance Company for the sale of Personal Accident/Personal Effects Insurance coverages and Supplemental Liability Insurance. We may provide these insurers additional services such as underwriting, billing, and premium collection. While other insurers may be available, these are the only quotes offered.

We are compensated for a portion of the insurance premiums charged by insurers. We may also receive additional monetary and nonmonetary compensation which may be contingent upon certain factors and may include payment from insurers for marketing related expenses and administrative charges. Our compensation may vary depending on the type of insurance purchased and the insurer selected.

I acknowledge that the primary design of the Vehicle is for the transportation of property and that the Vehicle will be used for commercial purposes.

RENTER ACKNOWLEDGEMENT OF LOCAL ADDENDA _____

**VEHICLE INFORMATION**



RA # 370521982

PO BOX 18204
BRIDGEPORT, CT 06601-3204
1-800-684-2222

 **Citizens**™

CITIZENS CARD SERVICES
PO BOX 42010
PROVIDENCE, RI 02940-2010

| Payment Information | |
|---|---|
| Account Number | 5337 XXXX XXXX 8801 |
| New Balance | $724.18 |
| Minimum Amount Due | $30.00 |
| Payment Due Date | February 20, 2026 |

WILLIE SANDERS
PO BOX 304
BUFFALO, NY 14205-0304

**      0027963

| Total Enclosed | $ | | |
|---|---|---|---|

⌐ Check for change of address.
Complete new address on reverse.

0631977978801  000003000  000072418

---

Detach here. <u>Only</u> this top portion and your payment should be included in the envelope. Make your check payable to  **Citizens Card Services.**

Account Number:  5337 XXXX XXXX 8801                 Statement Date: December 24, 2025 - January 23, 2026

### Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | 87.89 |
| Payments & Credits | - | 51.00 |
| Purchases | + | 680.65 |
| Balance Transfers | + | 0.00 |
| Cash Advances | + | 0.00 |
| **Fees Charged** | + | **0.00** |
| **Interest Charged** | + | **6.64** |
| New Balance | | 724.18 |
| **Total Credit Limit** | | **9,000.00** |
| **Available Credit** | | **8,275.00** |
| **Cash Credit Limit** | | **1,350.00** |
| Available Cash | | 1,323.00 |
| Statement closing date | | 01/23/26 |
| Number of days in billing cycle | | 31 |

### Payment Information

| | |
|---|---|
| **New Balance** | **724.18** |
| **Minimum Payment Due** | **30.00** |
| **Payment Due Date** | **February 20, 2026** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 3 years | $1,054 |

If you would like information about credit counseling services, call 1-888-498-9815.

---

**NY Customers:  YOU MAY REQUEST YOUR STATEMENT IN AN ALTERNATIVE, REASONABLY ACCOMMODATABLE FORMAT SELECTED BY US - PLEASE CONTACT US AT 800-684-2222 TO MAKE SUCH A REQUEST.**

New York residents may contact the New York State Department of Financial Services by telephone at 1-877-226-5697 or visit its website at http://www.dfs.ny.gov for free information on comparative credit card rates, fees and grace periods.

---

### Important Information

**If you have been recently called for active military duty, please contact us at the number located on the back of your credit card to discuss your eligibility for benefits covered under the Servicemembers Civil Relief Act (SCRA).**

---



### How To Reach Us

| TOLL-FREE | ONLINE: | PAYMENTS: | CORRESPONDENCE: |
|---|---|---|---|
| **CUSTOMER SERVICE:** 1-800-684-2222 **LOST OR STOLEN CARD:** 1-800-443-0164 (24 HOURS) | CITIZENSBANK.COM/CREDITCARDLOGIN | CITIZENS CARD SERVICES PO BOX 42010 PROVIDENCE, RI 02940-2010 1-866-957-8120 | CITIZENS CARD SERVICES PO BOX 7092 BRIDGEPORT, CT 06601 |



**Office of
Victim Services**

KATHY HOCHUL
Governor

ELIZABETH CRONIN ESQ.
Director

8/24/2021
Claim #: 498016
Crime Date: 8/20/2004
Claimant: Willie Sanders
Victim: Willie Sanders

Willie Sanders
125 Saint Paul St Apt 1721
Rochester NY 14604

Dear Willie Sanders: *allterd my life*

We acknowledge receipt of your request to reopen the above noted claim.

A review of the file reflects that we unable to do so. The expenses you are requesting are not causally related to the crime of 8/20/2004. Your essential personal property, clothing, was paid in decision 5/20/2011. Therefore, there are no costs associated with the crime that we are able to reimburse except medical.

I am sorry we are not able to help you further. *Ther was No Crime Seev untill they Thuck The Car Naver would Have Been There!*

Sincerely,

*Kathy Davidson*
Kathy Davidson
Crime Victim Specialist 3
(518) 457-8049

Enclosure



**198**

EMERGENCY ROOM NUMBER
SANDERS WILLIE
SANDERS
01/09/61
35 355734 34

# CLEVELAND METROPOLITAN
## GENERAL HOSPITAL
### EMERGENCY ROOM

UNIT NUMBER: 3 5 5 7 3 4    AMT. REC'D

ADMITTED. [ACCT]  TIME  [061772] DATE

JUN 18 72    ER-TRA    2031

DISCHARGED:

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| SANDERS | Willie P.O. Box 159 | Sodus | N.Y. | |

| AGE | DATE AND PLACE OF BIRTH | SEX | M. STAT. | RACE | REL. | SOCIAL SECURITY | PHONE |
|---|---|---|---|---|---|---|---|
| 11 | 1-9-61 | M | S | N | O | | 589-9989 |

CHIEF COMPLAINT: HOW, WHEN, WHERE ACCIDENT OCCURRED:
Auto acc.
I-71 Carnegie

TRAUMA
CLINICAL
SCREENING

VITAL SIGNS:

| B/P: | PULSE: | RESP: | TEMP: | WT: |
|---|---|---|---|---|

ACCIDENT:
☐ HOME  ☑ AUTO  ☐ INDUSTRIAL  ☐ OTHER  ☐ ILLNESS  ☐ EMPLOYEE ON DUTY  ☐ OVER

HOW BROUGHT:
☐ FAMILY  ☐ SELF  ☑ POLICE/RESCUE 339  ☐ PVT. AMB.  ☐ OTHER

RESPONSIBLE PARTY: 1-04-ER  RATE-CODE-SERVICE
P. Ruby Sanders

RELATIONSHIP OR I.D. NUMBER: Mother

PARENTS NAMES AND BIRTH PLACES:
RUBY & Cleophus Sanders - Parents

NAME POLICY HOLDER: BLUE CROSS

EMPLOYER: NEWARK State School

ADDRESS:

STATISTICAL: ☐ ER RECHECK  ☐ ER DENTAL  ☐ ER SURG. FOLLOW-UP

DIAGNOSIS: Head Trauma

CENSUS TRACT:

| 0 ☐ MEDICAL SCREENING -#2 | 5 ☐ STAB | 9 ☐ D.O.A. |
| 1 ☐ MINOR SURGERY -49 | 6 ☐ GSW | 10 ☐ D.A.A. |
| 2 ☐ PEDIATRIC SCREENING -88 | 7 ☐ INGESTION | 11 ☐ MED. REFILL |
| 3 ☐ NURSING SCREENING -48 | 8 ☐ BURN | |
| 4 ☐ OB/GYN SCREENING -46 | | |

CODE NUMBER:

DISPOSITION:
CLINIC
01 ☐ GENERAL SURGERY
02 ☐ PEDIATRIC SURGERY
03 ☐ THORACIC SURGERY
04 ☐ NEURO SURGERY
05 ☐ ORAL SURGERY
10 ☐ GENERAL MEDICINE
11 ☐ MEDICAL CHEST
12 ☐ NEUROLOGY

CLINIC
13 ☐ UROLOGY
14 ☐ ORTHOPEDICS
15 ☐ EENT
16 ☐ OPHTHALMOLOGY
20 ☐ GYNECOLOGY
21 ☐ OBSTETRICS
30 ☐ PEDIATRIC
40 ☐ DERMATOLOGY

0 ☐ FAMILY PHYSICIAN
1 ☐ SOCIAL SERVICE
2 ☐ CORONER
3 ☐ LEFT W/O BEING SEEN
4 ☐ PRN
5 ☐ PSYCHIATRIC HOSP.
6 ☐ OTHER

7 ☑ OBS. WARD

TIME IN: 0145
TIME OUT:

ADMITTED TO HOSPITAL: DIVISION_____ SERVICE Neurosurgery TIME____

TREATMENT PERMIT
I HEREBY CONSENT TO THE ADMINISTRATION OF SUCH ANESTHETICS AND MEDICATION AND THE PERFORMANCE OF SUCH SURGERY AS DEEMED NECESSARY OR ADVISABLE WHILE THE PATIENT IS IN CLEVELAND METROPOLITAN GENERAL HOSPITAL.

NAME: consent by Dr. Sugarman  RELATIONSHIP:
ADDRESS:  WITNESS:

FORM 54 REV. 12-70    MEDICAL RECORDS

Exhibit No.
1 of 23  Page

 **MetroHealth**

05/23/2024

WILLIE SANDERS
PO BOX 304
BUFFALO NY 14205

Dear Willie Sanders:

Thank you for taking the time to contact The MetroHealth System. You requested billing records from our health system from 1970.

This request was reviewed by administrators and received considerable attention. As discussed with you by leaders in our system, records like the ones you are requesting are only kept for 7 years. This is policy is not unique to MetroHealth and is applied by other institutions across the country.

Thank you again for contacting us. If you have any questions or concerns in the future, please feel free to contact me at 216-778-5839.

Sincerely,

Michael Hansen,
Manager, Patient Relations
Office of Patient Experience
The MetroHealth System

Med Rec Medical Center
2500 MetroHealth Drive
Cleveland, OH 44109
216-778-4252

March 29, 2023


125 Saint Paul Street Apt 1721
ROCHESTER NY 14604


RE: Willie Sanders [0355734]
DOB: 1/9/1961


Dear Requester:

We are in receipt of your record request. Unfortunately, a delay has prevented us from acting on your request. The reason for the delay is, unanticipated volume, and/or information not readily accessible.
We expect to act on your request within the next 30 days. We appreciate your patience and understanding.


Thank you,


Abigail Tarski

Release of Information Specialist
Health Information Management

197

**Sodus Central School District**
P.O. Box 220
Sodus, New York 14551

Willie K. Sanders
1768 St. Paul
Rochester, New York 14621

Dear Mr. Sanders,

I am replying to your request for a copy of your transcript. I have looked various times and am unable to locate a file on you. I will continue looking and am very sorry I could not locate your file. Some of the files are not in very good shape as they at one time attempted to put them on microfiche and in the process messed up some of the records. I will continue to look for your file, but as of now I cannot find it.

I am very sorry for any inconvenience this may cause.

Yours truly,

Laurie Fox
Records Management Officer

EXHIBIT B5 (PG 1 OF 1 PGS)



# Your AT&T Statement
## February 9–March 8, 2004



#BWNCJFM
#13050b897450lb# D  0075689AT10.292E475A43702**3DG

|ıııllılılılılılılıuıllllılulıılulılllıulılulllılllı|
WILLIE SANDERS
6443 PEOPLES RD
SODUS NY 14551-9726

**Customer ID:** 315 483-8358
Page 1 of 5

**Customer Service:** 1 800 222-0300
**Text Phone (TTY):** 1 800 833-3232
**Internet Address:** www.att.com

## Summary of charges

| | |
|---|---|
| Previous balance | 0.00 |
| Payments | 0.00 |
| Total amount due | $0.00 |
| Approved AT&T usage amount | $100.00 |



### Extra! Extra!
Get your own personal 800 number with AT&T Easy Reach® 800 Service. Your family can call home from anywhere in the U.S. fast and easy!Cont▶

---

## Detach and return with payment



Please write your customer ID on your check or money order made payable to AT&T.Do not send cash. Do not staple this portion to your payment. Thank you.

| Total amount due | $0.00 |
|---|---|

Amount enclosed: $ | **Do Not Pay**

|ıllıılluulılılıuluıılıllllıılıuulılıuıllulılıuıllulılılıll|
AT&T
PO BOX 8212
AURORA IL 60572-8212

WILLIE SANDERS
Feb 9-Mar 8, 2004

**Customer ID:** 315 483-8358 D

Moving? It's hassle-free with AT&T. Check the box, print your new address on back.

Tired of writing checks, visit www.att.com/nocheck

13050b897450l004l00000000000000000000000000000000004

# DEVALK, POWER, LAIR & WARNER, P.C.
## *Attorneys at Law*

### *SEAN D. LAIR   STEPHEN R. WARNER   EDWIN P. FRICK   MEGAN E. SHAY*

6 EAST MAIN STREET
SODUS, NEW YORK 14551
Telephone: (315) 483-6931
FAX (315) 483-4239
E-mail Sodus@lawdhp.com

COURTHOUSE SQUARE
25 PEARL STREET
LYONS, NEW YORK 14489
Telephone: (315) 946-4564
FAX (315) 946-5347

Years of Service
Robert F. Zecher (1958-2000)
John G. Capacci (1968-1999)
Gregory J. Power (1988-2013)
Richard L. DeValk (1975-2016)

**REPLY TO:** Sodus Office

September 27, 2018

     Re:    Estate of Ruby F. Sanders
            File No.: 2016-300

TO WHOM IT MAY CONCERN:

This is to advise you that our office has been relieved as the attorneys for the Estate of Ruby Sanders. The co-executors have retained other counsel.

Very truly yours,

DEVALK, POWER, LAIR & WARNER, P.C.

Megan E. Shay, Esq.

MES:caj



## Ross & Gould-Ross
### ATTORNEYS & COUNSELORS AT LAW

16 East Main Street, Suite 950
Rochester, New York 14614
Telephone: 585-325-6942
Facsimile: 585-262-6486

David G. Ross
dross@rossgouldross.com

Bette M. Gould-Ross
bgouldross@rossgouldross.com

February 1, 2019

Honorable Daniel G. Barrett
Wayne Surrogate Court
Wayne County Hall of Justice
54 Broad Street
Lyons, New York 14489

Re:    Estate of Ruby F. Sanders
       File Number: 2016-300

Dear Judge Barrett:

I have e-filed my Reply Affirmation with the Wayne County Surrogate's Court on today's date regarding the above matter.

By forwarding a copy of this letter with the enclosure, I have served a copy of my Reply Affirmation on Mr. Sanders.

Respectfully submitted,

David G. Ross

DGR/nht
Cc:·   David J. Stern, Esq. (w/o encl.)
       Ms. Ruth Scott (w/o encl.)
       Mr. Willie K. Sanders (w/encl.)
R:\DGR Correspondence\WayneCountySurrogatesCourt.EstateofRubyFSanders.02.01.2019.docx

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF__WAYNE

——————————————————————————X

PROBATE PROCEEDING,
WILL OF Ruby F. Sanders

a/k/a _____

Deceased.

——————————————————————————X

WAIVER OF PROCESS:
CONSENT TO PROBATE

File No. _____

To the Surrogate's Court, County of__Wayne

The undersigned, being of full age and sound mind, residing at the address written below and interested in this proceeding as set forth in paragraph 6a of the petition, hereby waives the issuance and service of citation, in this n and consents that the court admit to probate the decedent's Last Will and Testament dated _September 12, 2002 (and codicils, if any, dated ____NONE_____), a copy of ea which testamentary instrument had been received by me, and that

[ x ]    Letters Testamentary Issue to    Ruth Scott

Rochelle Mack

[ ]    Letters If Trusteeship Issue to    _____

of the following trusts:    _____

_____

_____

_125 St. Paul Street, Apt 1721

_____          _____          _____          ___sol
Date                  Signature                       Street Address                  Relatic

____Willie K. Sanders              Rochester, NY 14604
       Print Name                        Town/State/Zip

STATE OF NEW YORK
COUNTY OF _____ss.:

On _____; 2016, before me personally appeared Willie K. Sanders to me know known to me to be the person described in and who executed the foregoing waiver and consent and duly acknowl the execution thereof.

_____
Notary Public
Commission Expires:
(Affix Notary Stamp or Seal)

Signature of Attorney: _____
Print Name: __Richard L. DeValk
Firm Name: _DeValk, Power, Leir & Warner, P.C._____ Tel No._315-483-6931
Address of Attorney: _6 East Main Street, Sodus, NY 14551

P-4  (10/96)

SOCIAL SECURITY ADMINISTRATION

2|20|13

**142**

Date: February 20, 2013
Claim Number: 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C1

WILLIE K SANDERS
125 ST PAUL ST
APT 1721
ROCHESTER NY 14604

SOCIAL SECURITY ADM. 108

FEB 20 2013

ROCHESTER, NY 14604

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Other Important Information

YOU FILED FOR BENEFITS UNDER THE SSN 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 ON 01/15/1980. THE APPLICATION WAS DENIED.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 866-964-2045. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
ONE HSBC PLZ STE 1400
100 CHESTNUT ST
ROCHESTER, NY 14604

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER

EXHIBIT B4B PG 1 OF 1 PGS)

Office of the New York State Comptroller
Thomas P. DiNapoli



New York State and Local Retirement System
110 State Street, Albany, New York 12244-0001

May 5, 2021
Re.: Ruby F Sanders
EMPL ID.: R12081781

|IIIIIIII IIII IIII IIII IIII|
Willie K Sanders
125 St Paul St apt 1721
Rochester NY 14604 1253

Dear Mr. Sanders:

I am writing this letter in response to your inquiry concerning the death benefits on behalf of Ruby Sanders. Payment was made for the Death Benefit to the listed beneficiary. You are not listed as a beneficiary, all payments have been processed to the named beneficiary.

If our office can be of any further assistance, please do not hesitate to call us at 1-866-805-0990.

Very truly yours,

Daniel Carll
Section Head – ERSE IV
Ordinary Death Benefits

BC019 02/2018

Office of the New York State Comptroller
Thomas P. DiNapoli



New York State and Local Retirement System
110 State Street, Albany, New York 12244-0001

|||||||||| |||| |||| ||||||||
Willie Sanders
P O Box 304
Buffalo NY  14205

10/06/2023
In reply refer to
NYSLRS ID:  R12081781

Dear Willie Sanders:

Enclosed are any original documents that were submitted to the New York State and Local Retirement System (NYSLRS).  We have made copies for our records.

If you have questions about this letter, please email us at www.emailNYSLRS.com. You may also call our Contact Center at 1-866-805-0990 or 518-474-7736 in the Albany, New York area.

Sincerely,


New York State and Local Retirement System

SU001 1/2018

1961 (8/2011)

RESIDENCE

NCHS

**NEW YORK STATE**
**DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

RECORDED DISTRICT: 5380

REGISTER NUMBER: 106

LOCAL REGISTRAR COPY

| 1. NAME: FIRST Ruby | MIDDLE B. | LAST Sanders | 2. SEX: MALE ☐1  FEMALE ☒2 | 3A. DATE OF DEATH: MONTH 06 DAY 09 YEAR 2016 | 3B. HOUR: 7:50 19:50 m |
|---|---|---|---|---|---|

4A. PLACE OF DEATH: HOSPITAL (Check one): DOA ☐  ER ☒  HOSPITAL OUTPATIENT ☐  HOSPITAL INPATIENT ☐  NURSING HOME ☐  PRIVATE RESIDENCE ☐  HOSPICE FACILITY ☐  OTHER (Specify): ☐

4B. IF FACILITY, DATE ADMITTED: MONTH 06 DAY 09 YEAR 2016

4C. NAME OF FACILITY: (If not facility, give address) Newark Wayne Community Hosp.

4D. LOCALITY: (Check one and specify) CITY ☐  VILLAGE ☒  TOWN ☐  Newark M

4E. COUNTY OF DEATH: Wayne

4F. MEDICAL RECORD NO. 322752.5

4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION? (If yes, specify institution name, city or town, county and state) NO ☒  YES ☐

5. DATE OF BIRTH: MONTH 05 DAY 21 YEAR 1927

6A. AGE IN YEARS: 89 yrs.

6B. IF UNDER 1 YEAR, ENTER: months | days

6C. IF UNDER 1 DAY, ENTER: hours | minutes

7A. CITY AND STATE OF BIRTH: (If not USA, Country and Region/Province) Elizabethtown, N.C.

7B. IF AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH:

8. SERVED IN U.S. ARMED FORCES? (Specify years): NO ☒0  YES ☐1

9. DECEDENT OF HISPANIC ORIGIN? Check the boxes that best describe whether the decedent is Spanish/Hispanic/Latino
A ☒ No, not Spanish/Hispanic/Latino | B ☐ Yes, Mexican, Mexican American, Chicano | C ☐ Yes, Puerto Rican | D ☐ Yes, Cuban | E ☐ Yes, Other Spanish/Hispanic/Latino (Specify)

10. DECEDENT'S RACE: Check one or more races to indicate what the decedent considered himself or herself to be:
A ☐ White/Caucasian  B ☒ Black or African American  ☐ Asian Indian  ☐ Chinese
☐ Japanese  ☐ Korean  ☐ Vietnamese
E ☐ Filipino
J ☐ Native Hawaiian  K ☐ Guamanian or Chamorro  M ☐ Samoan
N ☐ American Indian or Alaska Native (specify)
P ☐ Other Asian (specify)
☐ Other Pacific Islander (specify)
S ☐ Other (specify)

11. DECEDENT'S EDUCATION: Check the box that best describes the highest degree or level of school completed at the time of death.
1 ☒ ≤ 8th grade | 2 ☐ 9th-12th grade; no diploma | 3 ☐ High school graduate or GED
4 ☐ Some college credit, but no degree | 5 ☐ Associate's degree | 6 ☐ Bachelor's degree
7 ☐ Master's degree | 8 ☐ Doctorate/Professional degree

12. SOCIAL SECURITY NUMBER: 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

13. MARITAL STATUS: NEVER MARRIED ☐1  MARRIED ☐2  WIDOWED ☒3  DIVORCED ☐4  SEPARATED ☐5

14. SURVIVING SPOUSE: Enter birth name of spouse if married or separated. N/A

15A. USUAL OCCUPATION: (Do not enter retired) Occupational Physical Therapist

15B. KIND OF BUSINESS OR INDUSTRY: Health Care

15C. NAME AND LOCALITY OF COMPANY OR FIRM: Newark Developmental Center

16A. RESIDENCE: (State or Country if not USA) New York

16B. County or Region/Province If not USA: Wayne

16C. LOCALITY: (Check one and specify) CITY ☐  VILLAGE ☐  TOWN ☒  Sodus

16F. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? ☐YES ☐NO . IF NO, SPECIFY TOWN: Sodus

16D. STREET AND NUMBER OF RESIDENCE: 6443 Peoples Rd.

16E. ZIP CODE: 14551

17. BIRTH NAME OF FATHER / PARENT: FIRST Charlie  MI  LAST Jenkins

18. BIRTH NAME OF MOTHER / PARENT: FIRST Viola  MI  LAST McKiever

19A. NAME OF INFORMANT: Rochelle Mack

19B. MAILING ADDRESS: (include zip code) 21 Nakissa Dr. Sodus, NY 14551

20A. 1 ☒ BURIAL  2 ☐ CREMATION  3 ☐ REMOVAL  4 ☐ HOLD  5 ☐ DONATION  6 ☐ ENTOMBMENT
MONTH 06  DAY 13  YEAR 2016

20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION. Sodus Rural Cemetery

20C. LOCATION: (City or town and state) Sodus, NY

21A. NAME AND ADDRESS OF FUNERAL HOME: Norton Funeral Home, PO Box 216, 45 W. Main St. Sodus, NY 14551

21B. REGISTRATION NUMBER: 01277

22A. NAME OF FUNERAL DIRECTOR: Vanelle E. Kraus

22B. SIGNATURE OF FUNERAL DIRECTOR: Vanelle E. Kraus

22C. REGISTRATION NUMBER: 14259

23A. SIGNATURE OF REGISTRAR:

23B. DATE FILED: MONTH 06  DAY 13  YEAR 2016

24A. BURIAL OR REMOVAL PERMIT ISSUED BY:

24B. DATE ISSUED: MONTH 06  DAY 13  YEAR 2016

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

25A. CERTIFICATION: To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
Certifier's Name: Brian Lam Pu Pro | License No.: 149805 | Signature: | Month 06 Day 08 Year 2016

Certifier's Title: 0 ☐ Attending Physician | 0 ☐ Physician acting on behalf of Attending Physician | 1 ☐ Coroner | 2 ☐ Medical Examiner / Deputy Medical Examiner
Address: PO Box 111 Newark NY 14513

25B. If coroner is not a physician, enter Coroner's Physician's name & title: | License No.: | Signature: | Month Day Year

25C. If certifier is not attending physician, enter Attending Physician's name & title: | License No.: | Address:

26A. Attending physician attended deceased: FROM Month 01 Day 09 Year 2016 TO Month 06 Day 09 Year 2016

26B. Deceased last seen alive by attending physician: Month 06 Day 09 Year 2016

26C. Pronounced Dead on: Month 06 Day 09 Year 2016 AT 19:50 M

27. MANNER OF DEATH: NATURAL CAUSE ☐1  ACCIDENT ☐2  HOMICIDE ☐3  SUICIDE ☐4  UNDETERMINED CIRCUMSTANCES ☐5  PENDING INVESTIGATION ☐6

28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER? 0 ☐ NO  1 ☐ YES

29A. AUTOPSY? NO ☐0  YES ☐1  REFUSED ☐2

29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH? 0 ☐ NO  1 ☐ YES

CONFIDENTIAL    SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH    CONFIDENTIAL

30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), AND (C).)

| | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| PART I. IMMEDIATE CAUSE: (A) | Extreme Sudden Cardiac / PEA | 5 min |
| DUE TO OR AS A CONSEQUENCE OF: (B) | Cardiac Ischemia | 3 hour |
| DUE TO OR AS A CONSEQUENCE OF: (C) | Significant anemia | Unknown |

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A): COPD, Lung Cancer

DID TOBACCO USE CONTRIBUTE TO DEATH? 0 ☐ NO  1 ☒ YES  2 ☐ PROBABLY  3 ☐ UNKNOWN

31A. IF INJURY, DATE: MONTH DAY YEAR | HOUR: m | 31B. INJURY LOCALITY: (City or town and county and state) | 31C. DESCRIBE HOW INJURY OCCURRED: | 31D. PLACE OF INJURY: | 31E. INJURY AT WORK? NO ☐0  YES ☐1

I HEREBY CERTIFY THAT THIS IS A CORRECT COPY OF THE DEATH CERTIFICATE OF Ruby B. Sanders, DEPUTY Teresa Newbrook REGISTRAR OF VITAL STATISTICS

SEALED Case: 24-2552, 04/24/2025, DktEntry: 52.1, Page 9 of 35

